1  RUSSELL P. BROWN (SBN: 84505)
   J. PETER OLSON SBN: (SBN:  67032)
2  TYLER T. WILKINSON:  (SBN:  225365)
   GORDON & REES, LLP
3  101 West Broadway, Suite 1600
   San Diego, CA  92101
4  Telephone:  (619) 696-6700
   Facsimile:  (619) 696-7124
5
   Attorneys for Plaintiff
6  BANK OF RIO VISTA

7  **BIRNBERG & ASSOCIATES**
   Cory A. Birnberg (SBN 105468)
8  703 Market Street, Suite 600
   San Francisco, CA 94103
9
   Attorneys for Defendants
10 WOODBINE ALASKA FISH COMPANY, GUY FERRARI
   And VIRGINIA FERRARI
11

12                      UNITED STATES DISTRICT COURT

13              FOR THE NORTHERN DISTRICT COURT OF CALIFORNIA

14 BANK OF RIO VISTA                       )  IN ADMIRALTY
                                           )
15              Plaintiff,                 )  CASE NO.  4:04-cv-02736-CW
                                           )
16       vs.                               )  **ORDER GRANTING STIPULATION
                                           )  CONTINUING MEDIATION DATE**
17 VESSEL CAPT. PETE, Official Number      )
   1058450, her engines, tackle, furniture, apparel, )  Judge:  Hon. Claudia Wilken
18 In Rem, VESSEL WOODBINE, Official       )
   Number 647243, her engines, tackle furniture, )
19 apparel, In Rem, WOODBINE ALASKA FISH   )
   COMPANY, an Alaska Corporation, GUY     )
20 FERRARI and VIRGINIA FERRARI, In        )
   Personam                                )
21                                         )
                Defendants.                )
22                                         )
                                           )
23

24       Pursuant to the Case Management Order filed by this Court on November 23, 2004, the

25 Court set a mediation deadline of June 30, 2005 in this matter.  The parties are not in a position

26 to participate in meaningful mediation, due to ongoing discovery and the problems associated

27 with the recent judicial sale of the vessel.  As such, the parties desire to continue the mediation

28 date in this matter.

-1-

**STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DATE**                    4:04-cv-02736-CW

1   Based on the foregoing, the parties propose the mediation cut-off date in this case be
2   continued to September 30, 2005.
3   In addition, the parties hereby stipulate and agree to use the court appointed mediator,
4   Eric Danoff, in the above-referenced matter.

Dated: 6/15/05                                  GORDON & REES, LLP

                                                By: ____/s/Russell P. Brown_____
                                                    Russell P. Brown
                                                    Tyler T. Wilkinson
                                                    Attorneys for Plaintiff
                                                    BANK OF RIO VISTA

Dated: 6/15/05_                                 BIRNBERG & ASSOCIATES


                                                By: _____/s/Cory A. Birnberg_____
                                                    Cory A. Birnberg
                                                    Attorneys for Defendants
                                                    WOODBINE ALASKA FISH COMPANY,
                                                    GUY FERRARI and VIRGINIA FERRARI


### Order

Pursuant to the stipulation above, the current mediation date of June 30, 2005 is hereby continued to September 30, 2005.

      6/17/05                                   /s/ CLAUDIA WILKEN
Date:_____              _____
                                                U.S. DISTRICT JUDGE

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

BORV\1014249\270922.1

-2-
**STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DATE**                    **4:04-cv-02736-CW**