**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BANK OF RIO VISTA,

    Plaintiff(s),

v.

VESSEL CAPT. PETE, ET AL.,

    Defendant(s).
_____/

Case No. C-04-2736 CW (JCS)

**ORDER GRANTING DEFENDANTS MOTION TO SHORTEN TIME [Docket No. 53] AND SET BRIEFING SCHEDULE ON DEFENDANTS MOTION TO WITHDRAW ADMISSIONS**

On September 28, 2005, a telephonic hearing was held on Defendants Motion to Shorten to hear their Motion to Withdraw Admissions (the "Motion to Shorten"). Russell Brown, counsel for Plaintiff, appeared. Cory Birnberg, counsel for Defendants, appeared.

For reasons stated on the record,

IT IS HEREBY ORDERED THAT Plaintiff's opposition memoranda to the Motion to Shorten stands as their opposition to the Motion to Withdraw Admissions. Defendants shall electronically file their reply brief no later than **noon, on Friday, September 30, 2005.** A telephonic hearing on the Motion to Withdraw Admissions and, if necessary, to reschedule the pending motions for summary judgment is specially set for **October 3, 2005, at noon.** The Court will initiate the telephone contact.

IT IS SO ORDERED.

Dated: September 29, 2005

_____
Joseph C. Spero
United States Magistrate Judge