1  RUSSELL P. BROWN (SBN: 84505)
   J. PETER OLSON SBN: (SBN: 67032)
2  TYLER T. WILKINSON: (SBN: 225365)
   GORDON & REES, LLP
3  101 West Broadway, Suite 1600
   San Diego, CA 92101
4  Telephone: (619) 696-6700
   Facsimile: (619) 696-7124
5
   Attorneys for Plaintiff
6  BANK OF RIO VISTA

7  BIRNBERG & ASSOCIATES
   Cory A. Birnberg (SBN 105468)
8  703 Market Street, Suite 600
   San Francisco, CA 94103
9
   Attorneys for Defendants
10 WOODBINE ALASKA FISH COMPANY, GUY FERRARI
   And VIRGINIA FERRARI
11

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT COURT OF CALIFORNIA

| BANK OF RIO VISTA | ) IN ADMIRALTY |
|---|---|
| Plaintiff, | ) CASE NO. 4:04-cv-02736-CW |
| vs. | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER CONTINUING MEDIATION** |
| VESSEL CAPT. PETE, Official Number 1058450, her engines, tackle, furniture, apparel, In Rem, VESSEL WOODBINE, Official Number 647243, her engines, tackle furniture, apparel, In Rem, WOODBINE ALASKA FISH COMPANY, an Alaska Corporation, GUY FERRARI and VIRGINIA FERRARI, In Personam | ) **DATE**<br>) Judge: Hon. Claudia Wilken |
| Defendants. | ) |

Pursuant to Court Order, the Court set a mediation deadline of September 30, 2005 in this matter. The parties had scheduled a mediation for September 8, 2005, but the date was vacated due to a medical emergency of one of the defendants. The parties cannot re-set the mediation for a date that is convenient to both the mediator, Eric Danoff, and counsel. As such, the parties desire to continue the mediation cur-off date in this matter.

1   Based on the foregoing, the parties propose the mediation cut-off date in this case be
2   continued to February 28, 2006.
3   In addition, the parties hereby stipulate and agree to use the court appointed mediator,
4   Eric Danoff, in the above-referenced matter.

6   Dated: 9-27-05                          GORDON & REES, LLP

8                                           By: _____
9                                               Russell P. Brown
                                                Tyler T. Wilkinson
10                                              Attorneys for Plaintiff
                                                BANK OF RIO VISTA

12  Dated: 9-27-05                          BIRNBERG & ASSOCIATES

14                                          By: _____
15                                              Cory A. Birnberg
                                                Attorneys for Defendants
16                                              WOODBINE ALASKA FISH COMPANY,
                                                GUY FERRARI and VIRGINIA FERRARI

### Order

Pursuant to the stipulation above, the current mediation date of September 30, 2005 is hereby continued to February 28, 2006.

Date: 9/30/05

**IT IS SO ORDERED**
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-