RUSSELL P. BROWN (SBN: 84505)
J. PETER OLSON (SBN: 67032)
TYLER T. WILKINSON (SBN: 225365)
GORDON & REES, LLP
101 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Plaintiff
BANK OF RIO VISTA

BIRNBERG & ASSOCIATES
Cory A. Birnberg (SBN: 105468)
703 Market Street, Suite 600
San Francisco, CA 94103

Attorneys for Defendants
WOODBINE ALASKA FISH COMPANY, GUY FERRARI
And VIRGINIA FERRARI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT COURT OF CALIFORNIA

| BANK OF RIO VISTA | IN ADMIRALTY |
|---|---|
| Plaintiff, | CASE NO. 4:04-cv-02736-CW |
| vs. | **STIPULATED DISMISSAL WITHOUT PREJUDICE; ORDER THEREON** |
| VESSEL CAPT. PETE, Official Number 1058450, her engines, tackle, furniture, apparel, In Rem, VESSEL WOODBINE, Official Number 647243, her engines, tackle furniture, apparel, In Rem, WOODBINE ALASKA FISH COMPANY, an Alaska Corporation, GUY FERRARI and VIRGINIA FERRARI, In Personam | Judge: Hon. Claudia Wilken |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff BANK OF RIO VISTA and Defendants WOODBINE ALASKA FISH COMPANY, GUY FERRARI and VIRGINIA FERRARI, through their designated counsel of record, that the above-captioned action be and hereby is dismissed without prejudice.

It is further stipulated that a fax copy of the signature of counsel on this stipulation shall be effective as though it was an original and that this stipulation may be executed in counterparts.

Dated: _____          GORDON & REES, LLP

                                By: _____
                                Russell P. Brown
                                Tyler T. Wilkinson
                                Attorneys for Plaintiff
                                BANK OF RIO VISTA

Dated: _____          BIRNBERG & ASSOCIATES


                                By: _____
                                Cory A. Birnberg
                                Attorneys for Defendants
                                WOODBINE ALASKA FISH COMPANY,
                                GUY FERRARI and VIRGINIA FERRARI


## ORDER

IT IS HEREBY ORDERED that the above-entitled action, including all claims therein, is hereby dismissed in its entirety, without prejudice.

IT IS SO ORDERED.

Dated: 2/15, 2006              _____
                                UNITED STATES DISTRICT JUDGE

It is further stipulated that a fax copy of the signature of counsel on this stipulation shall be effective as though it was an original and that this stipulation may be executed in counterparts.

Dated: _____

GORDON & REES, LLP

By: _____
Russell P. Brown
Tyler T. Wilkinson
Attorneys for Plaintiff
BANK OF RIO VISTA

Dated: 1-10-06

BIRNBERG & ASSOCIATES

By: _____
Cory A. Birnberg
Attorneys for Defendants
WOODBINE ALASKA FISH COMPANY,
GUY FERRARI and VIRGINIA FERRARI

## ORDER

IT IS HEREBY ORDERED that the above-entitled action, including all claims therein, is hereby dismissed in its entirety, without prejudice.

IT IS SO ORDERED.

Dated: _____, 2005

_____
UNITED STATES DISTRICT JUDGE

-2-

STIPULATED DISMISSAL WITHOUT PREJUDICE; ORDER THEREON                4:04-cv-02736-CW